

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
**Charlotte Division**

IN RE:

    Samuel Eric Burch

    SSN#: XXX-XX-7341

Chapter 13
CASE NO: 14-30284
Related Court Docket Number: 21

**ORDER**

ON 10/14/2015, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

HEATHER W. CULP Present

    **AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments November 2015.

    **IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$2,250.00** per month.

Plan composition percentage is set at **1%**.

Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

    Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20151015144925:}